**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| THE SUDDATH COMPANIES, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) Case No. 1:24-cv-01836 |
| Defendant, | ) |
| and | ) |
| HOMESAFE ALLIANCE LLC, | ) |
| Proposed Defendant-Intervenor. | ) |

**PROPOSED ORDER**

Pursuant to Rule 24 of the Rules of the United States Court of Federal Claims, HomeSafe Alliance LLC ("HomeSafe"), has moved to intervene in this bid protest action. The bid protest action challenges a contract awarded by the United States Transportation Command to HomeSafe under Solicitation No. HTC711-19-R-R004. Having considered HomeSafe's Motion, as well as all other relevant materials, including the lack of objections by Plaintiff and Defendant, it is hereby:

ORDERED that the Motion is GRANTED;

FURTHER ORDERED that HomeSafe may participate in the above captioned matter as a Defendant-Intervenor.

Dated: November __, 2024

_____
Judge Zachary N. Somers