**Redacted Version**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| THE SUDDATH COMPANIES, TOTAL MILITARY MANAGEMENT INC., and NATIONAL HOLDING COMPANY, INC., | |
| Plaintiffs, | |
| v. | Case No. 1:24-cv-01836<br>Judge Zachary N. Somers |
| THE UNITED STATES, | [redacted] |
| Defendant, | |
| and | |
| HOMESAFE ALLIANCE, LLC, | |
| Defendant-Intervenor. | |

**DEFENDANT-INTERVENOR'S CROSS-MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD AND RESPONSE TO PLAINTIFFS' MOTIONS FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Defendant-Intervenor HomeSafe Alliance, LLC ("HomeSafe"), by its undersigned counsel, hereby timely moves this Court pursuant to United States Court of Federal Claims Rules ("RCFC") 52.1 to deny the bid protest Complaints of Plaintiffs The Suddath Companies ("Suddath"), Total Military Management, Inc. ("TMM"), and National Holding Company, Inc. ("National") and enter judgment in favor of Defendant the United States and HomeSafe. HomeSafe has attached a consolidated Memorandum of Law in Support of Defendant-Intervenor's Response to Plaintiffs' Motions for Judgment on the Administrative Record, and Cross-Motion for Judgment on the Administrative Record ("Memorandum of Law") that sets forth in detail the facts and legal basis for the requested relief.

[redacted]

WHEREFORE, HomeSafe respectfully requests that the Court grant judgment in favor of the United States and HomeSafe.

Dated: February 14, 2025

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

/s/ Craig A. Holman
Craig A. Holman
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Phone: (202) 942-5722
Email: craig.holman@arnoldporter.com

*Attorney of Record for HomeSafe Alliance LLC*

*Of Counsel:*

Roee Talmor
Nicole Williamson
Dustin Vesey
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001



[redacted]