# In the United States Court of Federal Claims

**Nos. 24-1836 C, 24-2112 C, and 24-2029**
**Filed: July 18, 2025**

| | | |
|---|---|---|
| **THE SUDDATH COMPANIES, *et al.*,** Plaintiffs, | * | |
| **v.** | * | **JUDGMENT** |
| **THE UNITED STATES,** Defendant, | * | |
| **and** | * | |
| **HOMESAFE ALLIANCE, LLC,** Defendant-Intervenor. | * | |

Pursuant to the court's Order, filed July 17, 2025,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the consolidated cases are dismissed as moot.

Lisa L. Reyes
Clerk of Court

By: s/ Ashley Reams
Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Effective December 1, 2023, the appeals filing fee is $605.00.